# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 18-50048
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

March 26, 2018

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

> Plaintiff – Appellee,

v.

MARTIN RAMOS-ORDONEZ,

> Defendant – Appellant.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 4:17-CR-389-1

Before KING, ELROD, and HIGGINSON, Circuit Judges.

PER CURIAM:[*]

The district court's order denying appellant's motion for revocation of the pre-trial detention order is AFFIRMED. This court applies a deferential standard of review when considering a district court's pre-trial detention order. *United States v. Hare*, 873 F.2d 796, 798 (5th Cir. 1989). Reviewing the record

---

[*] Pursuant to Fifth Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Fifth Circuit Rule 47.5.4.

No. 18-50048

as a whole under this deferential standard of review, we hold that appellant has not established his entitlement to relief.

AFFIRMED.